JS-6

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHEUNG, | **Case No. CV 16-9016-GW(PLAx)** |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| BODEGA LATINA CORPORATION d/b/a EL SUPER; INGLEWOOD CENTER; and DOES 1 through 10, | |
| Defendants. | |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action is dismissed with prejudice, each side to bear their own fees and costs.

DATED: August 28, 2017                        _____

GEORGE H. WU,
United States District Judge